IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:08-628 |
| | ) | 21 U.S.C. § 841(a)(1) |
| Vs. | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| **Howard Stiwinter** | ) | 21 U.S.C. § 841(b)(1)(C) |
| **Phillip Gerrad Rucker** | ) | 21 U.S.C. § 846 |
| **Steven Lee Basquette,** | ) | |
|   a/k/a "Bisquit" | ) | |
| **Randall D. Hunsinger** | ) | |
| **Willie Ray Hester, Jr.** | ) | |
| **Jonathan Matthew Peace** | ) | |
| **Chikosi Kayode Reed** | ) | |
| **Terence Bertrend Brown** | ) | |
| **Michael William Loftis** | ) | |
| **George Robert Driver** | ) | **SEALED INDICTMENT** |
| **Hector Morales Reyes** | ) | |
| **Jose Alberto Padron,** | ) | |
|   a/k/a "Mirio Alberto Lopez" | ) | |
| **Francisco Lopez,** | ) | |
|   a/k/a "Francisco Gonzalez" | ) | |

COUNT 1
---

THE GRAND JURY CHARGES:

That beginning in or around September of 2007, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, **Howard Stiwinter, Phillip Gerrad Rucker, Steven Lee Basquette, a/k/a "Bisquit", Randall D. Hunsinger, Willie Ray Hester, Jr., Jonathan Matthew Peace, Chikosi Kayode Reed, Terence Bertrend Brown, Michael William Loftis, George Robert Driver, Hector Morales Reyes, Jose Alberto Padron, a/k/a "Mirio Alberto Lopez", and Francisco Lopez, a/k/a "Francisco Gonzalez"**, knowingly and intentionally did combine, conspire and agree and have tacit understanding with each other and with others, both known and unknown to the grand jury, to

knowingly, intentionally, and unlawfully possess with intent to distribute and distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, said conspiracy involving 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 100 kilograms or more of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about February 13, 2008, in the District of South Carolina, the Defendant, **Howard Stiwinter**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A  True  Bill

 s/ Foreperson
Foreperson

 s/ W. Walter Wilkins
W. WALTER WILKINS         (ALC/ds)
UNITED STATES ATTORNEY