AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of South Carolina

RECEIVED
2008 JUN 25 PM 1:57

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| HOWARD STIWINTER | Case Number: 8:08-628 |


SEALED (crossed out)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **HOWARD STIWINTER**
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

For charges, see attached copy of Indictment. A copy of the Indictment is attached for service on defendant.

☒ in violation of Title   **21**

United States Code, Section(s)
841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) and 846.

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

UNITED STATES MARSHALS GREENVILLE, S.C. 2008 JUN 25 P 2:45 RECEIVED

| Larry W. Propes | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/Kathy Rich | June 24, 2008   Greenville, SC |
| Signature of Issuing Officer | Date and Location |

☐ BOND TO SET BY JUDICIAL OFFICER BEFORE WHOM DEFENDANT INITIALLY APPEARS

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at Greenville, SC | | |
| DATE RECEIVED 6/25/08 DATE OF ARREST 7/2/08 | NAME AND TITLE OF ARRESTING OFFICER DEA SA Jay Rogue | SIGNATURE OF ARRESTING OFFICER C. Stefan, ASA |